| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Kevin G. McDonald, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>KMcDonald@kmllawgroup.com<br>Attorneys for Secured Creditor | |
| In Re:<br><br>Campbell, Karen L. | Case No.: __16-20440 MBK__<br><br>Chapter: __13__<br><br>Hearing Date: __12/19/17__<br><br>Judge: __Michael B. Kaplan__ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion for Relief from stay: re 905 Schooner Drive, Unite550K# filed on 11/22/17

Docket No. 37

Date: 12/18/2017

/s/ Kevin G. McDonald
Signature

*rev.8/1/15*