MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR



**Order Filed on December 22, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                          Chapter 13

Karen Campbell                                  Case No.: 16-20440 (MBK)

                                                Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
ORDERED.

**DATED: December 22, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):     Karen Campbell
Case No.:      16-20440 (MBK)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$400.00** for services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

                **X**          **$400.00** through the Chapter 13 plan as an administrative priority; and

           **___**          $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**$4,584.00** paid to date and then **$274.00** per month for **41** months