Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–20440–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen L. Campbell
   905 Schooner Dr
   Toms River, NJ 08753–8166

Social Security No.:
   xxx–xx–6099

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 3, 2016.

On January 19, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                February 27, 2018
Time:                10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 23, 2018
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Karen L. Campbell  
    Debtor

Case No. 16-20440-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jan 23, 2018  
                   Form ID: 185     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.

```
db              Karen L. Campbell,    905 Schooner Dr,    Toms River, NJ  08753-8166
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +Specialized Loan Servicing LLC, as servicing agent,    P.O. Box 9013,    Addison, TX 75001-9013
516389595       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516206022       Anchorage Harbor Association,    990 Cedar Bridge Ave Ste B7,    Brick, NJ  08723-4157
516260797       Anchorage Harbor Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
516206023      #Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC  27420-6012
516206024       Bank of America Home Loans,    PO Box 982238,    El Paso, TX  79998-2238
516435367      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516206025      +Celentano, Stadtmauer & Walentowicz,    1035 US Highway 46,    Clifton, NJ 07013-7481
516206026       Chase Card Services,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE  19850-5298
516206027       Commonwealth Financial Systems,    245 Main St,    Dickson City, PA  18519-1641
516206031       McGovern Legal Services,    PO Box 1111,    New Brunswick, NJ  08903-1111
516442149      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516442150      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516222444      +The Bank of New York Mellon Trust Company,    Robertson, Anshutz, & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516320920       U.S. Bank National Association, as Trustee...,    c/o America's Servicing Company,
                 Attn: Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
516206033       Verizon,    500 Technology Dr Ste 500,    Weldon Spring, MO  63304-2225
516206034       Wells Fargo Home Mtg (DBA) Americas Serv,    1000 Blue Gentian Rd # 300,    Eagan, MN  55121-1786
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2018 23:38:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2018 23:38:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516206030       E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Jan 23 2018 23:39:14
                 Jersey Shore Univ Medical Center,    PO Box 416765,    Boston, MA  02241-6765
516206032       Fax: 407-737-5634 Jan 24 2018 02:59:09      Ocwen Loan Sevicing LLC,    Attn: Research Dept,
                 1661 Worthington Rd Ste 100,    West Palm Beach, FL  33409-6493
                                                                                             TOTAL: 4
```

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*             Anchorage Harbor Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ  08903-1111
516222565*     +The Bank of New York Mellon Trust Company,    Robertson, Anshutz, & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516206028      ##Debt Recovery Solution,    Attention: Bankruptcy,    900 Merchants Concourse Ste Ll11,
                 Westbury, NY  11590-5121
516206029      ##Debt Recovery Solutions,    PO Box 9004,    Westbury, NY  11590-9004
                                                                                    TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3              User: admin                 Page 2 of 2                  Date Rcvd: Jan 23, 2018
                                  Form ID: 185                Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity Trust
               2005-14 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure     on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
               interest to Wachovia Bank, National Association, as Trus nj_ecf_notices@buckleymadole.com,
               NJ_ECF_Notices@McCalla.com
              Kevin Gordon McDonald     on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Marc C. Capone     on behalf of Debtor Karen L. Campbell mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marlena S. Diaz-Cobo     on behalf of Creditor    Anchorage Harbor Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 rsolarz@kmllawgroup.com
              William M.E. Powers     on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 ecf@powerskirn.com
              William M.E. Powers, III     on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 ecf@powerskirn.com
                                                                                             TOTAL: 10
```