

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee, successor in
interest to Wachovia Bank, National Association, as
Trustee for GSAA Home Equity Trust 2005-14

In Re:
        Karen L. Campbell,

Debtor.

**Order Filed on January 28, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  16-20440 MBK

Adv. No.:

Hearing Date:  12/19/2017 @ 10:00 a.m..

Judge:  Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 28, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Karen L. Campbell
Case No:  16-20440 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

_____

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured

Creditor, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National

Association, as Trustee for GSAA Home Equity Trust 2005-14, Denise Carlon appearing, upon a motion to

vacate the automatic stay as to real property located at 905 Schooner Drive, Unit# 5500K3, Dover Township,

NJ, 08753, and it appearing that notice of said motion was properly served upon all parties concerned, and

this Court having considered the representations of attorneys for Secured Creditor and Marc C. Capone,

Esquire, attorney for Debtor, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of December 12, 2017, Debtor is in arrears

outside of the Chapter 13 Plan to Secured Creditor for payments due August 2017 through December 2017

for a total post-petition default of $8,416.89 (1 @ $1,753.65, 4 @ $1,665.81); and

  It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate

payment of $2,000.00 to be received no later than December 31, 2017; and

  It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the

amount of $8,416.89  shall be added to the affidavit of amount due and paid through Debtor's Chapter 13

plan; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to

resume January 1, 2018, directly to Secured Creditor's servicer, Specialized Loan Servicing LLC (Note: the

amount of the monthly mortgage payment is subject to change according to the terms of the note and

mortgage); and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter

13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made

within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating

Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such

payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application,

supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at

the time of submission to the Court; and

  It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall file a modified plan

within fifteen days of the date of this order

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.