| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN 38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
Chapter 13 Case No. 16-20440 / MBK

Karen L. Campbell  
905 Schooner Dr  
Toms River  NJ     08753-8166

Petition Filed Date: 05/31/2016  
341 Hearing Date: 07/14/2016  
Confirmation Date: 10/25/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2017 | $263.00 | 36235910  - | 02/13/2017 | $263.00 | 37099610  - | 03/10/2017 | $263.00 | 37849480  - |
| 04/24/2017 | $263.00 | 39003400  - | 05/08/2017 | $263.00 | 39467210  - | 06/14/2017 | $263.00 | 40435130  - |
| 07/10/2017 | $263.00 | 41094800  - | 08/17/2017 | $263.00 | 42126230 | 09/18/2017 | $263.00 | 42905590 |
| 10/24/2017 | $263.00 | 43853900 | 11/09/2017 | $263.00 | 44310110 | 12/21/2017 | $263.00 | 45329420 |
| 01/16/2018 | $274.00 | 45895110 | | | | | | |

**Total Receipts for the Period:  $3,430.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,121.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karen L. Campbell | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MARC C CAPONE, ESQ | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | ANCHORAGE HARBOR CONDOMINIUM ASSN »»  CONDO FEES | Secured Creditors | $5,485.74 | $1,035.86 | $4,449.88 |
| 2 | ANCHORAGE HARBOR CONDOMINIUM ASSN »»  CONDO FEES | Unsecured Creditors | $1,208.31 | $0.00 | $0.00 |
| 3 | SPECIALIZED LOAN SERVICING  LLC »»  P/905 SCHOONER DR/1ST MTG/ASC/ORDER 10/25/16 | Mortgage Arrears | $6,793.39 | $1,282.71 | $5,510.68 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $7,754.05 | $0.00 | $0.00 |
| 5 | Ocwen Loan Sevicing LLC »»  P\905 SCHOONER DRIVE\2ND MRTG\CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 0 | MARC C CAPONE, ESQ »»  ORDER 12/22/17 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 6 | SPECIALIZED LOAN SERVICING  LLC »»  905 SCHOONER DRIVE/ORDER 1/28/18 | Mortgage Arrears | $8,416.89 | $0.00 | $8,416.89 |
| 7 | SPECIALIZED LOAN SERVICING  LLC »»  905 SCHOONER DRIVE/ORDER 1/28/18 | Mortgage Arrears | $531.00 | $91.80 | $439.20 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,121.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $4,560.37 | Current Monthly Payment: | $274.00 |
| Paid to Trustee: | $304.44 | Arrearages: | $274.00 |
| Funds on Hand: | $256.19 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**