MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on April 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:                                              Chapter 13

Karen Campbell                                      Case No.: 16-20440 (MBK)

                                                    Hearing Date:

## ORDER GRANTING APPLICATION FOR ALLOWANCE
## OF ATTORNEY'S FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 17, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Karen Campbell
Case No.:    16-20440 (MBK)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$300.00** for services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

    **X**    **$300.00** through the Chapter 13 plan as an administrative priority; and

    ___    $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**$5,395.00** paid to date and then **$504.00** per month for **37** months