MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on April 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:                                              Chapter 13

Karen Campbell                                      Case No.: 16-20440 (MBK)

                                                    Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 17, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Karen Campbell
Case No.:    16-20440 (MBK)
Caption of Order:    **Order Granting Application for Allowance of Attorney's Fees**

    The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

    **ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$300.00** for services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

    **X**    **$300.00** through the Chapter 13 plan as an administrative priority; and

    ___    $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

    **$5,395.00** paid to date and then **$504.00** per month for **37** months

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 16-20440-MBK
Karen L. Campbell                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Apr 18, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2018.
db              Karen L. Campbell,    905 Schooner Dr,    Toms River, NJ   08753-8166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity Trust
               2005-14 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
               interest to Wachovia Bank, National Association, as Trus NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Debtor Karen L. Campbell mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marlena S. Diaz-Cobo    on behalf of Creditor   Anchorage Harbor Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 rsolarz@kmllawgroup.com
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 ecf@powerskirn.com
                                                                                              TOTAL: 10