| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Specialized loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity Trust 2005-14 | Order Filed on May 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>Karen L. Campbell<br><br>                Debtor | Case No:   16-20440<br>Chapter     13<br>Judge:       Michael B. Kaplan |
| Recommended Local Form:    ☐ Followed    ☐ Modified | |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 10, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity Trust 2005-14</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 1.09 C05D, Block 232,    905 Schooner Drive, Unit# 5500K3, Dover Township NJ 08753**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-20440-MBK
Karen L. Campbell                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 10, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.
db          Karen L. Campbell,    905 Schooner Dr,    Toms River, NJ   08753-8166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity Trust
               2005-14 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
               interest to Wachovia Bank, National Association, as Trus NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Debtor Karen L. Campbell mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Anchorage Harbor Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 rsolarz@kmllawgroup.com
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 ecf@powerskirn.com
                                                                                             TOTAL: 10