UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Karen L. Campbell | Case No.: 16-20440<br>Judge: Michael B. Kaplan<br>Chapter: 7 |

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 23, 2018

Michael B. Kaplan
Judge, U. S. Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:
Karen L. Campbell
    Debtor

Case No. 16-20440-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 23, 2018
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
db         Karen L. Campbell,    905 Schooner Dr,    Toms River, NJ 08753-8166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
           in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity Trust
           2005-14 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
           interest to Wachovia Bank, National Association, as Trus NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank National Association, as Trustee,
           successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
           Trust 2005-14 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
          Marc C. Capone    on behalf of Debtor Karen L. Campbell mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          Marlena S. Diaz-Cobo    on behalf of Creditor   Anchorage Harbor Association, Inc.
           collections@theassociationlawyers.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee,
           successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
           Trust 2005-14 rsolarz@kmllawgroup.com
          William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee,
           successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
           Trust 2005-14 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
           successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
           Trust 2005-14 ecf@powerskirn.com
                                                                                                   TOTAL: 10