Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−20440−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen L. Campbell
   905 Schooner Dr
   Toms River, NJ 08753−8166

Social Security No.:
   xxx−xx−6099

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after March 4, 2019 for the reason(s) indicated below.

☒   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: February 1, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 16-20440-MBK
Karen L. Campbell                                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                  Date Rcvd: Feb 01, 2019
                              Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.
db             Karen L. Campbell,    905 Schooner Dr,    Toms River, NJ 08753-8166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 01:50:57     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 01:50:53     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2019 at the address(es) listed below:
      Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert Russo    docs@russotrustee.com
      Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
      Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
                in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity Trust
                2005-14 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
                for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
                interest to Wachovia Bank, National Association, as Trus NJ_ECF_Notices@McCalla.com,
                NJ_ECF_Notices@McCalla.com
      Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank National Association, as Trustee,
                successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
                Trust 2005-14 kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
      Marc C. Capone    on behalf of Debtor Karen L. Campbell mcapone@caponeandkeefe.com,
                docs@caponeandkeefe.com
      Marlena S. Diaz-Cobo    on behalf of Creditor   Anchorage Harbor Association, Inc.
                collections@theassociationlawyers.com
      Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee,
                successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
                Trust 2005-14 rsolarz@kmllawgroup.com
      William M.E. Powers    on behalf of Creditor   U.S. Bank National Association, as Trustee,
                successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
                Trust 2005-14 ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee,
                successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
                Trust 2005-14 ecf@powerskirn.com
                                                                                              TOTAL: 11